IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| ANNA JOYNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action File No. CV 414-252 |
| | ) | |
| WAL-MART STORES, INC. AND | ) | |
| WAL-MART REAL ESTATE | ) | |
| BUSINESS TRUST, | ) | |
| | ) | |
| Defendants. | ) | |

## CONSENT ORDER TO ADD PROPER PARTY, DISMISS IMPROPER PARTY AND TO RECAST THE CAPTION OF THE COMPLAINT

Plaintiff and Defendant, having jointly moved the Court for an order to add proper party Defendant WAL-MART STORES EAST, LP and dismiss WAL-MART STORES, INC. and WAL-MART REAL ESTATE BUSINESS TRUST, and to recast the caption of the Complaint; and the Court, having considered said motion, hereby GRANTS the parties' motion as submitted.

WAL-MART STORES EAST, LP is added as proper party Defendant and WAL-MART STORES, INC. and WAL-MART REAL ESTATE BUSINESS TRUST, are dismissed without prejudice, and the caption of this Complaint will hereinafter be styled as: ANNA JOYNER, Plaintiff v. WAL-MART STORES EAST, LP, Defendant.

IT IS SO ORDERED this 15 day of December, 2014.

Magistrate Judge, United States District Court, Savannah Division

Order consented to by:

                                        KENNETH S. NUGENT, P.C.

                                        s/ M. Brian Clements
                                        M. Brian Clements
                                        Georgia Bar No. 130098
                                        Attorney for Plaintiff

Kenneth S. Nugent, P.C.
One Bull St., Ste 400
Savannah, GA 31401

                                        DREW ECKL & FARNHAM, LLP

                                        s/ Hadley E. Hayes
                                        Hall F. McKinley
                                        Georgia Bar No. 495512
                                        Michael L. Miller
                                        Georgia Bar No. 508011
                                        Jeffrey S. Ward
                                        Georgia Bar No. 737277
                                        Hadley E. Hayes
                                        Georgia Bar No. 978661
                                        Attorneys for Defendants

777 Gloucester St., Suite 305
Brunswick, GA 31520
(912)280-9662
Hmckinley@deflaw.com
Mmiller@deflaw.com
Jward@deflaw.com
Hhayes@deflaw.com