# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| ANNA JOYNER, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. CV414-252 |
| ) | |
| WAL-MART STORES EAST, L.P., ) | |
| ) | |
| Defendant. ) | |

## ORDER

The Court having reviewed and considered the petition of Jan P. Cohen of the law firm of Kenneth S. Nugent, P.C., 4227 Pleasant Hill Road, Building 11, Suite 300, Duluth, Georgia 30096, for permission to appear pro hac vice on behalf of plaintiff Anna Joyner, in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Jan P. Cohen as counsel of record for plaintiff Anna Joyner, in this case.

**SO ORDERED** this __23rd__ day of January, 2015.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA